IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**DARRYL J. WILLIAMS**
    Plaintiff,

    v.                                    Civil Action No. 05-0880

**JO ANNE BARNHART,**
Commissioner of Social Security,
    Defendant.

## ORDER OF COURT

**AND NOW**, this 30th day of November, 2005, in accordance with the foregoing memorandum opinion, it is HEREBY ORDERED as follows:

1. Defendant's Motion for Summary Judgment (Document No. 12-1) is **DENIED**.

2. Plaintiff's Motion for Summary Judgment (Document No. 14-1) is **GRANTED**.

3. The decision of the Commissioner is vacated, and this case is remanded to the Commissioner for further proceedings consistent with the accompanying memorandum opinion.

                                            s/Arthur J. Schwab
                                            Arthur J. Schwab
                                            United States District Judge

cc: All counsel of record

Karl E. Osterhout, Esquire
1789 South Braddock Avenue
Suite 570
Pittsburgh, PA 15218

Paul Kovac, Esquire  
Assistant U.S. Attorney  
Western District of PA  
700 Grant Street, Suite 4000  
Pittsburgh, PA 15219