IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DARRYL WILLIAMS,

    Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Civil Action No.: 05-880
Judge SCWHAB

## ORDER

NOW this __18th__ day of __October__, 2006, it is hereby

ORDERED that plaintiff's Petition for and Award of Attorney Fees pursuant to 206 (b)(1) is GRANTED. Counsel is awarded attorney fees in the amount of $__9,458.12__, and the previous EAJA award of $4,205.00 shall be returned to plaintiff by plaintiff's counsel.

_____ J.

6